UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lamont Devires Richardson**                      **Docket No. 5:06-CR-39-1BO**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lamont Devires Richardson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 10, 2007, to the custody of the Bureau of Prisons for a term of 160 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On June 16, 2009, the defendant's sentence was reduced to 96 months pursuant to a Rule 35 Motion.

Lamont Devires Richardson was released from custody on July 27, 2012, at which time the term of supervised release commenced.

On August 15, 2012, the conditions of supervision were modified to include substance abuse testing and treatment. On January 25, 2016, the court was notified that the defendant had tested positive for marijuana. Supervision was continued without a punitive sanction at that time.

On March 20, 2017, a motion for revocation of supervised release was filed, and the court issued a warrant for the defendant's arrest following the defendant's arrest for the offense of Possession with Intent to Sell/Deliver Marijuana in Johnston County, North Carolina. At the revocation hearing on May 16, 2017, the court determined that the defendant had violated the conditions of supervised release. Rather than revoke the defendant's supervision, the court continued the defendant on supervision and extended the expiration of his sentence from July 26, 2017, until September 1, 2017. The defendant was released from custody on May 16, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 6, 2017, the defendant was cited for Simple Possession of Marijuana in Johnston County, North Carolina. When asked about the circumstances leading to the charge, the defendant stated he was stopped by law enforcement for a seat belt violation and gave consent to search his vehicle after the officer detected the odor of marijuana. The defendant claimed there was marijuana in the car that belonged to his wife, and he was unaware it was in the car until the police searched the vehicle. The probation office has since obtained a copy of the police report, which indicates the defendant was well aware that the marijuana was in the vehicle, and he advised police before the search that there was marijuana in the vehicle. The search of the vehicle yielded approximately 18 grams of marijuana. Rather than return to court at the end of the supervision period, it is recommended the defendant be placed on a curfew with location monitoring for a period not to exceed 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Lamont Devires Richardson
Docket No. 5:06-CR-39-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.

/s/ Michael C. Brittain                    /s/ Scott Plaster
Michael C. Brittain                        Scott Plaster
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 919-861-8808
                                           Executed On: July 31, 2017

**ORDER OF THE COURT**

Considered and ordered this ___1___ day of ___August___, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge